IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NOVOTAE RISK GROUP, LLC**                                                                                   **PLAINTIFF**

**V.**                                            **CASE NO. 5:24-CV-5046**

**CRC INSURANCE SERVICES, INC.**
**and RICHARD DAN FOUTS**                                                                              **DEFENDANTS**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Currently before the Court is Plaintiff's Unopposed Motion to Dismiss (Doc. 25). Having reviewed the Motion, the Court finds that the case should be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). There are no other pending motions, and the case is closed.

**IT IS SO ORDERED** on this 17th day of June, 2024.

                                                                        /s/ Timothy L. Brooks
                                                                        TIMOTHY L. BROOKS
                                                                        UNITED STATES DISTRICT JUDGE